```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SAIED TADAYON and                 :
BIJAN TADAYON,                    :
                                  :
        Plaintiffs,               :    Civil No. 3:12cv1610(RNC)
v.                                :
                                  :
DATTCO, INC., et al.,             :
                                  :
        Defendants.               :
```

ORDER

Although counterclaim defendant Mahin Nikmanesh Tehrani ("Tehrani") was served (doc. #31), no appearance has been filed on her behalf. On March 26, 2013, Tehrani filed a motion to dismiss (doc. #43) in which she indicates that she is representing herself. That is insufficient. By June 10, 2013, either counsel must file an appearance on Tehrani's behalf or Tehrani must file a pro se appearance. A Notice of Appearance form can be found on the court's website.[1] Any pro se appearance must include the caption of the case, a heading of "appearance," and the address and telephone number where the party can be reached. The appearance must be signed and a copy served on all other parties. A certificate stating that service by mail has been made must be attached to the appearance and also signed.

The Clerk of the court shall cause a copy of this order to be mailed to Mahin Nikmanesh Tehrani, 11204 Albermyrtle Road, Potomac,

---

[1] http://www.ctd.uscourts.gov/forms/notice-appearance

MD 20854.

SO ORDERED at Hartford, Connecticut this 31st day of May, 2013.

```
           _____/s/_____
           Donna F. Martinez
           United States Magistrate Judge
```